MANTON B. METCALF et al., Appellants and Respondents, *v.*
MORRIS MOSES and JAMES T. FRANKLIN, as Receivers of the
Property of LESSER BROS., Respondents and Appellants,
Impleaded with TOBIAS LESSER et al., Appellants.

(Submitted February 26, 1900; decided March 6, 1900.)

Motion for reargument denied, with ten dollars costs. (See
161 N. Y. 587.)

---

JOHN COSTELLO, an Infant, by JOHN COSTELLO, his Guardian
ad Litem, Appellant, *v.* THIRD AVENUE RAILROAD COMPANY,
Respondent.

(Submitted February 26, 1900; decided March 6, 1900.)

Motion for reargument denied, with ten dollars costs. (See
161 N. Y. 317.)